**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JOHN IRA BRONSON, JR.,          :    No. 30 WM 2018
                                :
                  Petitioner    :
                                :
                                :
                                :
            v.                  :
                                :
                                :
                                :
THE COURT OF COMMON PLEAS OF    :
WASHINGTON COUNTY,              :
PENNSYLVANIA,                   :
                                :
                  Respondent    :

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.